No. 91–6807. James *v.* Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 91–6808. Johnson *v.* Miller Brewing Co. C. A. 11th Cir. Certiorari denied.

No. 91–6812. Garcia *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 91–6813. Johnson *v.* Michigan. Sup. Ct. Mich. Certiorari denied.

No. 91–6815. Blocker *v.* United States. Ct. Mil. App. Certiorari denied.

No. 91–6818. Coleman *v.* Kopf et al. C. A. 5th Cir. Certiorari denied.

No. 91–6819. Montgomery *v.* Ohio. Sup. Ct. Ohio. Certiorari denied.

No. 91–6820. Tolbert *v.* Ohio. Sup. Ct. Ohio. Certiorari denied.

No. 91–6826. McCormack *v.* Washington. Sup. Ct. Wash. Certiorari denied.

No. 91–6827. Miller *v.* Department of the Treasury et al. C. A. 10th Cir. Certiorari denied.

No. 91–6829. Porter *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 91–6831. Parman *v.* United States. C. A. D. C. Cir. Certiorari denied.

No. 91–6832. Rommann *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 91–6834. Lohr *v.* United States. C. A. 4th Cir. Certiorari denied.